IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| MARIA AURORA ZAVALA RAMIREZ-SANTANTA | * | |
| Plaintiff, | * | |
| v. | * | CV 614-114 |
| LYNEAIR AKENS and MADARIS TRANSPORTATION, LLC, | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is Plaintiff's motion to dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 24.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of November, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA